UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:06CR132** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **DOMINQUE KENTRELLE WILLIAMS** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit copies of this Order electronically to the United States Attorney, United States Probation Office, the United States Marshal and Defendant's counsel.

Signed: September 22, 2006

Lacy H. Thornburg
United States District Judge